**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793
Ph. 516.826.6500
David A. Blansky, Esq.
Wendy J. Rothstein, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

ZAHMEL RESTAURANT SUPPLIES CORP.,

               Debtor.

Chapter 7
Case No.: 18-43312 (CEC)

-----------------------------------------------------------------x
GREGORY MESSER, ESQ., AS THE CHAPTER 7
TRUSTEE OF THE BANKRUPTCY ESTATE OF
ZAHMEL RESTAURANT SUPPLIES CORP.,

               Plaintiff,

    -against-

H. SCHRIER & CO., INC.,

               Defendant.
-----------------------------------------------------------------x

Adv. Pro. No. 20-01061 (CEC)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU    )

ROSA R. LELLA, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

On June 4, 2020, deponent served the **Summons And Notice Of Pretrial Conference In An Adversary Proceeding, Complaint To Avoid And Recover Preferential Transfers Pursuant To 11 U.S.C. §§ 547 And 550 And To Disallow Claims Pursuant To 11 U.S.C. § 502 and Adversary Proceeding Cover Sheet** by First-Class Mail upon the attorney/party listed below at the address listed, said address designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    H. SCHRIER & CO., INC.
         Attn: Officer, Managing or General Agent, or any Agent
         Authorized to Receive Service of Process
         4901 Glenwood Road
         Brooklyn, New York 11234

***Courtesy copy to:***    Gregory M. Messer, as Trustee

                           ***s/Rosa R. Lella***
                           ROSA R. LELLA

Sworn to before me
this 4th day of June 2020

***s/ Adam P. Wofse***
Adam P. Wofse
Notary Public, State of New York
No. 02-WO5051811
Qualified in Nassau County
Commission Expires November 13, 2021

m:\documents\company\cases\zahmel restaurant supply\preference\adv pro\h. schrier & co., inc\aos - s&c - h. schrier.docx