**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793
Ph. 516.826.6500
David A. Blansky, Esq.
Wendy J. Rothstein, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

ZAHMEL RESTAURANT SUPPLIES CORP.,

              Debtor.

-----------------------------------------------------------------x
GREGORY MESSER, ESQ., AS THE CHAPTER 7
TRUSTEE OF THE BANKRUPTCY ESTATE OF
ZAHMEL RESTAURANT SUPPLIES CORP.,

              Plaintiff,

    -against-

H. SCHRIER & CO., INC.,

              Defendant.
-----------------------------------------------------------------x

Chapter 7
Case No.: 18-43312 (CEC)

Adv. Pro. No. 20-01061 (CEC)

## STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Plaintiff, by and through his undersigned attorneys, and Defendant, H. Schrier & Co., Inc., by and through its undersigned attorneys, hereby stipulate and agree to extend the time for Defendant to answer Plaintiff's complaint as provided for herein:

1. On May 29, 2020, Plaintiff filed a complaint against Defendant.

2. The summons was issued by the Clerk's Office on June 3, 2020.

3. Defendant has been duly served with the summons and complaint.

4. Defendant does not challenge personal jurisdiction and waives any objection to service of process in this adversary proceeding.

5.  Defendant does not waive any other defenses, objections or challenges which it may bring in this action other than as expressly stated in the previous paragraph.

**WHEREFORE**, the parties agree that the time by which Defendant is required to answer the Complaint is hereby extended through and including July 31, 2020.

Dated:  July 6, 2020

Dated:  July 6, 2020

**LaMonica Herbst & Maniscalco, LLP**
Attorneys for Gregory Messer, as Chapter 7
Trustee of Zahmel Restaurant Supplies Corp.

**Leech Tishman Fuscaldo & Lampl LLC**
Attorneys for Defendant

By: *s/David A. Blansky*
   David A. Blansky, Esq.
   3305 Jerusalem Avenue
   Wantagh, New York 11793
   (516) 826-6500

By: *s/Patrick W. Carothers*
   Patrick W. Carothers, Esq.
   525 William Penn Place, 28th Floor
   Pittsburgh, Pennsylvania 15219
   (412) 261-1600

**SO ORDERED:**



Dated: Brooklyn, New York
July 8, 2020

_____
**Carla E. Craig**
**United States Bankruptcy Judge**